## MOTION DOCKET

**91–2001.** Rockey v. 84 Lumber Co. *Cuyahoga County,* Nos. 58610 and 58654. On motion for leave to file answer to *amicus* brief. Motion granted.

**91–2558.** Berdyck v. Shinde. *Ottawa County,* No. 90–OT–060. On motion for leave to file *amicus* of Ohio Nurses Association. Motion granted.

MOYER, C.J., dissents because the motion is filed out of rule.

**92–211.** State ex rel. Glass Molders, Pottery, Plastics & Allied Workers Internatl. Union v. State Emp. Relations Bd. *Franklin County,* No. 91AP–628. On request for oral argument. Request granted.

HOLMES and RESNICK, JJ., dissent.